**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

GREG PEPPER                                                                          PLAINTIFF
ADC #079459

V.                                    NO: 2:09CV00143 JMM/HDY

CLINKSCALE *et al.*                                                              DEFENDANTS

<u>**ORDER**</u>

On September 21, 2009, Plaintiff, a *pro se* inmate currently confined to the East Arkansas

Regional Unit of the Arkansas Department of Correction, filed this 42 U.S.C. § 1983 civil rights

action (docket entry #2) along with a separate application for leave to proceed *in forma pauperis*

pursuant to 28 U.S.C. § 1915 (docket entry #1).  A review of Plaintiff's complaint indicates that

essentially the same complaint was filed as case No. 2:09CV00037 SWW/JTR.  In that case, United

States District Judge Susan W. Wright, on May 15, 2009, entered an order granting Plaintiff's

motion to voluntarily dismiss his complaint.  Plaintiff filed that motion after United States

Magistrate Judge J. Thomas Ray had entered a recommendation that certain elements of Plaintiff's

complaint be dismissed, and that he be allowed to proceed solely on a retaliation claim.

Because the current filing is a related case, the Clerk of the Court is directed to take the

necessary steps to transfer the case to the docket of United States District Judge Susan W. Wright,

with referral to Magistrate Judge J. Thomas Ray, and to make the necessary chip exchange.

IT IS SO ORDERED this   24   day of September, 2009.


UNITED STATES DISTRICT JUDGE