**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GREG PEPPER
ADC #079459                                                                         PLAINTIFF

V.                      2:09CV00143 SWW/JTR

ANDREW CLINKSCALE, Corporal,
East Arkansas Regional Unit, et al.                            DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections.[1] After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Pursuant to Fed. R. Civ. P. 4(m), the John Doe Defendants and Plaintiff's inadequate medical care claims are DISMISSED, WITHOUT PREJUDICE, due to a lack of service.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 19th day of April, 2010.

                                                                                   /s/Susan Webber Wright
                                                    UNITED STATES DISTRICT JUDGE

---

[1] In his objections, Plaintiff states that he mailed a motion for service identifying John Doe Defendants to the Arkansas Attorney General's Office. However, to this date, he has failed to file a Motion for Service with the Court containing the full names and service addresses for the John Doe Defendants as ordered by the Court on December 11, 2009.