**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GREG PEPPER
ADC #079459                                                                                                    PLAINTIFF

V.                                       2:09CV00143 SWW/JTR

ANDREW CLINKSCALE, Corporal,
East Arkansas Regional Unit, et al.                                                                DEFENDANTS

**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's March 31, 2011 Order.   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 4th day of May, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE